IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL ENGLAND | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv274 |
| JAMES E. BUSH, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Michael England, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this lawsuit.

Discussion

Plaintiff paid the filing fee in the above-styled action. Accordingly, on December 29, 2021, an order was entered directing the Clerk to deliver summonses to plaintiff so that he could serve the defendants in accordance with FED. R. CIV. P. 4.

Plaintiff failed to serve the defendants within the time provided by the rules. Therefore, on April 26, 2022, the undersigned entered a Report recommending dismissal under Rule 4(m).

On May 11, 2022, plaintiff returned to the court his purported proof of service for each of the defendants. A review of the proof of service forms, however, reveals plaintiff did not comply with the applicable rules for service of process.

Analysis

Rule 4(m) of the Federal Rules of Civil Procedure states:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be effected within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

*Pro se* status does not excuse a litigant's failure to effect service. *Systems Signs Supplies v. U.S. Department of Justice*, 903 F.2d 1011, 1013 (5th Cir. 1990). Furthermore, the dismissal is

mandatory absent a showing of good cause. *McDonald v. United States*, 898 F.2d 466, 468 (5th Cir. 1990).

More than ninety days have elapsed since the date the court provided plaintiff with summonses and copies of the complaint. Plaintiff's attempted service of the defendants is improper because he is a party to the lawsuit. Plaintiff has failed to either provide proof of proper service or show good cause for failing to effect service. As a result, plaintiff's claims should be dismissed without prejudice.

## Recommendation

Plaintiff's claims should be dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 4th day of August, 2022.

_____
Zack Hawthorn
United States Magistrate Judge